UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. **00-6349**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
18 U.S.C. § 2

**CR- DIMITROULEAS**

**MAGISTRATE JUDGE SNOW**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ROBERT A. ROBINSON, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

From on or about October 10, 2000, through on or about October 12, 2000, in Broward County, in the Southern District of Florida, the defendant,

**ROBERT A. ROBINSON,**

did knowingly and intentionally possess with intent to distribute at least five (5) grams of a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code,

Sections 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL:

_Leonard Roth_
FOREPERSON

_[signature]_
GUY A. LEWIS
UNITED STATES ATTORNEY

_[signature]_
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ROBERT A. ROBINSON_____ | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)    Yes ___   No ___
Number of New Defendants    ___
Total number of counts    ___

___ Miami   ___ Key West
_X_ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __no_____
   List language and/or dialect    _____

4. This case will take    _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)          (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ___No_____
   If yes:
   Magistrate Case No.    _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  _X_ No

_Kathleen Rice_ (signature)
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                      REV.6/27/00

## PENALTY SHEET

**Defendant's Name** ROBERT A. ROBINSON     **Case No.** _____

================================  ==========================================

Count #: 1

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE _____

21 U.S.C. § § 841(a)(1), (b)(1)(B) _____

**Max. Penalty:**     5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE

==================================================================================
Count #:

_____

_____

**Max. Penalty:**
==================================================================================
Count #:

_____

_____

**Max. Penalty:**
==================================================================================
Count #:

_____

_____

**Max. Penalty:**
==================================================================================
Count #.

_____

_____

**Max. Penalty:**
==================================================================================
Count #:

_____

_____

**Max. Penalty:**
==================================================================================
==================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No. _____

# UNITED STATES DISTRICT COURT
Southern District of Florida
Central Criminal Division

## THE UNITED STATES OF AMERICA
vs.
ROBERT ROBINSON

### INDICTMENT
21 USC § 841(a)(1)
21 USC § 841(b)(1)(B)
18 USC § 2

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____