AO 442 (Rev. 12/85) Warrant for Arrest          AUSA RICE/SPECIAL AGENT BELTIOND (FBI)

# United States District Court

___SOUTHERN___ DISTRICT OF ___FLORIDA___

UNITED STATES OF AMERICA

V.

ROBERT A. ROBINSON

## WARRANT FOR ARREST

CASE NUMBER:

TO:   The United States Marshal
      and any Authorized United States Officer

# 00 - 6349

CR - DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest___ROBERT A. ROBINSON

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  |   | Information  |   | Complaint  |   | Order of court  |   | Violation Notice  |   | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

**MAGISTRATE JUDGE
SNOW**

in violation of Title _21_ United States Code, Section(s) ___841(a)(1), (b)(1)(B)___

Clarence Maddox                              Court Administrator/Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

_____             12/14/00 at Fort Lauderdale, Florida
Issuing Officer                               Date and Location

                                              LURANA S. SNOW

Bail fixed at __PRETRIAL DETENTION requested__ by __MAGISTRATE JUDGE__
                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
|  |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST |  |  |

AO 442 (Rev. 12/85) Warrant for Arrest

