

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6349DIMITROULEAS

UNITED STATES OF AMERICA

V.                                        MINUTE ORDER

ROBERT A. ROBINSON

_____

On December 14, 2000 an Indictment was returned for the above

named defendant. The defendant not having been arrested and 30 days having passed, this

defendant is hereby transferred to fugitive status.

Dated this 31st Day of January, 2001 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

CLARENCE MADDOX,
CLERK OF COURT

BY
KAREN A. CARLTON
DEPUTY CLERK