## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____ 529239

UNITED STATES OF AMERICA

V.

ROBERT A. ROBINSON

### WARRANT FOR ARREST

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT A. ROBINSON__

**00-6349**

and bring him or her forthwith to the nearest magistrate to answer a(n)

**CR - DIMITROULEAS**

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

**MAGISTRATE JUDGE SNOW**

in violation of Title _21_ United States Code, Section(s) __841(a)(1), (b)(1)(B)__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_Issuing Officer_

12/14/00 at Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW

Bail fixed at __PRETRIAL DETENTION requested__ by __MAGISTRATE JUDGE__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Detainer pick up from BSO

| DATE RECEIVED 12/14/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, U.S. Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/21/01 | | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

