## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ROBERT A. ROBINSON (J) | CASE NO: | 00-6349-CR-DIMITROULEAS |
| AUSA: | KATHLEEN RICE / Stefin | ATTY: | Daryl Wilcox |
| AGENT: | FBI | VIOL: | 21:841 |
| PROCEEDING: | I/A ON SEALED INDICTMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | | To be cosigned by: | |

FILED by D.C.
MAY 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't Ore tenus motion to unseal granted. Advised of charges. Sworn for apptmt of counsel.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| (PTD)/BOND HEARING: | 5/24 | 10:30 | LSS ✓ | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 6-11 | 11 | BSS | |

DATE: 5/21/01   TIME: 11:00   FTL/LSS TAPE # 01 - 026   Begin: 479   End: 890

re-call 832

