## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ROBERT A. ROBINSON (J)     CASE NO: 00-6349-CR-DIMITROULEAS
AUSA: KATHLEEN RICE  pro     ATTY: FPD - Pat Hunt
AGENT:     VIOL:
PROCEEDING: PTD HEARING     RECOMMENDED BOND: PTD

FILED by __ D.C.
MAY 24 2001
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA FT. LAUD.

BOND HEARING HELD - yes / no
BOND SET @: 100,000 CSB w/ Nebbia     COUNSEL APPOINTED:
To be cosigned by:

Stipulated to high CSB w/ parties reserving their right to a PTD/Bond hrg.

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew: _____
☐ Travel extended to: _____
☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 5/24/01   TIME: 10:30   FTL/LSS TAPE # 01 - 027   Begin: 1266   End: 1313