UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6349-CR-WPD

UNITED STATES OF AMERICA

VS.                                   **MINUTE ORDER**

ROBERT A. ROBINSON

On January 31, 2001 defendant Robert A. Robinson was transferred to

fugitive status.

Now that the defendant has been arrested and returned to the jurisdiction

of this Court, this defendant presently lodged in fugitive status is hereby returned to the active

calendar of the Honorable William P. Dimitrouleas for further proceedings.

CLARENCE MADDOX
CLERK OF COURT

BY:

KAREN A. CARLTON
DEPUTY CLERK

DATED: May 29, 2001