## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: ROBERT ROBINSON (no deft)   CASE NO: 00-6349-CR-Dimitrouleas
AUSA: Kathleen Rice /Ricoba/   ATTY: FPD Peruba for Hunt
AGENT:   VIOL:
PROCEEDING: Status Conference   RECOMMENDED BOND:
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @:   To be assigned by

FILED by ___ D.C.
JUN 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew: _____
☐ Travel extended to: _____
☐ Halfway House _____

△ - has rec'd discovery
No motions

matter reset

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 6-12-01 | 11:00am | BSS | ✓ |

DATE: 6-11-01  TIME: 11:00am  TAPE # 01- 038   Begin: 1833  End: 1875

