**COURT MINUTES**

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA**

DEFT: ROBERT ROBINSON (no deft) CASE NO: 00-6349-CR-Dimitrouleas
AUSA: Kathleen Rice  ATTY: FPD: Sam Smargon
AGENT: _____  VIOL: _____
PROCEEDING: STATUS CONFERENCE  RECOMMENDED BOND: _____
BOND HEARING HELD - yes / no  COUNSEL APPOINTED: _____
BOND SET @: _____  To be cosigned by: _____

FILED by _____ D.C.
IN TAKE
JUN 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

❏ Do not violate any law.

❏ Appear in court as directed.             Discovery out

❏ Surrender and / or do not obtain passports / travel    2 days to try
  documents.
                                            Gov't ready
❏ Rpt to PTS as directed / or _____ x's a week/month
  by phone: _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____
  Treatment as deemed necessary.

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

❏ No firearms.

❏ Curfew: _____

❏ Travel extended to: _____

❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE 6-12-011  TIME 11:00am  TAPE # 10-038  Begin 28/10 End:

11:25 Am