UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6349-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

ROBERT ROBINSON,

    Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on June 12, 2001. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try.

2. Defense counsel did not have any information to add to the Government's proffer.

DATED at Fort Lauderdale, Florida this 12th day of June 2001.

BARRY S. SELTZER
United States Magistrate Judge

1



Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Sam Smargon, Esquire
Assistant Federal Public Defender
Attorney for Defendant