**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:    ROBERT ROBINSON (J)                         CASE NO:    00-6349-CR-DIMITROULEAS

AUSA:    KATHLEEN RICE                               ATTY:    PAT HUNT, AFPD

AGENT:                                               VIOL:

PROCEEDING:    ARRAIGNMENT ON SUPERSEDING           RECOMMENDED BOND:

BOND HEARING HELD - yes / no                         COUNSEL APPOINTED:

BOND SET @:                                          To be consigned by:

*FILED by _____ D.C.*
*JUN 2 9 2001*
*CLARENCE MADDOX*
*CLERK U S DIST. CT.*
*S D. OF F A FT. CT.*
*FT. LAUD*

❏    Do not violate any law.

❏    Appear in court as directed.

❏    Surrender and / or do not obtain passports / travel documents.

❏    Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏    Random urine testing by Pretrial Services. _____        ~~Reading~~ of Indictment ~~Waived~~
     Treatment as deemed necessary.                              **Not Guilty** plea entered
                                                                 ~~Jury trial demanded~~
❏    Maintain or seek full - time employment.                    Standing Discovery Order requested

❏    No contact with victims / witnesses.

❏    No firearms.

❏    Curfew: _____.

❏    Travel extended to: _____.

❏    Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE    6/29/01    TIME:    11:00    FTL/LSS TAPE # 01 -  034    Begin:  2447  End:  2489

