UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6349-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

ROBERT ROBINSON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 29, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____
                     _____
                     Telephone:_____

DEFENSE COUNSEL:     Name:_____PATRICK HUNT, AFPD_____
                     Address:_____
                     _____
                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this__29TH___day of __JUNE_____,2001.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By_____
                                    Deputy Clerk

                                Tape No._____01-_034_____

cc: Copy for Judge
    U. S. Attorney

