## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6349-Cr-WPD   DATE: June 29, 2001

COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Bablit Robinson

U.S. ATTORNEY: Kathleen Rice   DEFT. COUNSEL: Patrick Hunt, AFPD

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defendant will Plea

CASE CONTINUED TO: 7/5/01   TIME: 1:00   FOR: Plea

MISC: _____

