UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6349-CR-DIMITROULEAS

Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

ROBERT A. ROBINSON

Defendant.
_____/

This matter having come before the Court on June 29, 2001 on Defendant's Motion To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to July 5, 2001 at 1:00 P.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 29 day of June, 2001.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Kathleen Rice, AUSA
      Patrick Hunt, AFPD