**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00 - 6349-CR-WPD     DATE: July 5, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Robert Robinson

U.S. ATTORNEY: Kathleen Rice     DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea to Count 1. Gov't agrees to dismiss Counts 2 & 3 at time of Sentencing.

Court accepts Guilty plea.

CASE CONTINUED TO: 9/14/01     TIME: 11:15     FOR: Sentencing

MISC: Written plea agreement filed.