**United States Government**
**MEMORANDUM**

**DATE:** September 10, 2001

**FROM:** Silas S. Saunders, USPO
Miami Courthouse

**SUBJECT:** **Robertson, Robert**
**Docket No. 00-6349-CR-Dimitrouleas**
**SD/FL PACTS No. 68489**

**TO:** The Honorable William P. Dimitrouleas
United States District Court Judge



Request for Continuance of Sentencing Date

This memorandum is written to respectfully request a continuance of the sentencing date for the above referenced defendant. Your Honor, the disclosure date of the presentence investigation was at a time when this officer was out of the office on vacation. Consequently, I was unable to provide the report to defense counsel and the governments attorney in a timely manner. I request that the Court please grant a continuance of the sentencing date from September 14, 2001 to October 30, 2001. This would allow the probation officer to complete the report and provide the same to the attorneys to review and file objections. I have spoken to defense counsel and the governments attorney, neither of whom have an objection to this request.

I apologize to the Court for this inconvenience. If Your Honor has any questions or concerns regarding this request, I can be reached at 305-523-5436.

Respectfully submitted,
Silas S. Saunders

