UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6349-CR-DIMITROULEAS

    Plaintiff,

vs.

ROBERT ROBERTSON,

    Defendant.

_____/

### ORDER GRANTING CONTINUANCE OF SENTENCING DATE

THIS CAUSE having come before this Court on probation's September 10, 2001 request

to reset sentencing, said request is GRANTED. The sentencing is reset to <u>October 26, 2001 at

11:30 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

13 day of September, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Patrick Hunt, AFPD

Kathleen Rice, AUSA

Silas Saunders, USPO

