# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6349-CR-WPD   DATE: October 25, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Ed Conley   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Robert Robinson

U.S. ATTORNEY: Kathleen Rice   DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
151 months BOP, 3 years supervised release, no fine, $100.00 assessment

Court recommends drug treatment while in prison & designation to Florida facility

Counts 2 & 3 dismissed

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Dft Informed of Right to Appeal.