UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6349-CR-DIMITROULEAS

**UNITED STATES OF AMERICA**

vs.

**ROBERT ROBINSON,**
                **Defendant.**
_____/

**UNITED STATES' NOTICE OF REASSIGNMENT**

      Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, Kathleen Rice, is no longer counsel of record for the United States in this matter.

      Respectfully submitted,

      R. ALEXANDER ACOSTA
      UNITED STATES ATTORNEY

By:   s/ Marc S. Anton
     MARC S. ANTON
     Assistant United States Attorney
     FL BAR No. 0148369
     500 E. Broward Blvd., Suite 700
     Ft. Lauderdale, Florida 33394
     Tel: (954) 356-7255, ext. 3608
     Fax:(954) 356-7336
     Marc.Anton@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 09, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      s/ Marc S. Anton
      MARC S. ANTON
      ASSISTANT UNITED STATES ATTORNEY